FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

APR 3 0 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

|  |  |
|---|---|
| _____ ) | Docket No. 13CV417 JPG |
| _____ ) | (To be supplied by the Clerk) |
| _____ ) |  |
| Michael Widmer ) |  |
| Plaintiff/Petitioner(s), ) | ☒ CIVIL RIGHTS COMPLAINT pursuant to 42 U.S.C. §1983 (State Prisoner) |
| -vs- ) |  |
| David Vaughn ) | ☐ CIVIL RIGHTS COMPLAINT pursuant to 28 U.S.C. §1331 (Federal Prisoner) |
| Marcus Hodge ) |  |
| _____ ) |  |
| _____ ) | ☐ CIVIL COMPLAINT pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346, 2671-2680 |
| Defendant/Respondent(s). ) |  |

## I.   JURISDICTION

A.   Plaintiff's mailing address and/or register number and present place of confinement.

Michael Widmer B30985, K75, 10930 Lawrence Road
Sumner IL. 62466

B.   Defendant David Vaughn is employed as
(Name of First Defendant)

Chaplain
(Position/Title)

with Lawrence Correctional Center, 10930 Lawrence
(Employer's Name and Address)

Road, Sumner IL. 62466

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (☒)          No ( )

If your answer is "yes", briefly explain:

Illinois Department of Corrections
_____

Rev. 2/00

C.   Defendant ___Marcus Hodge_____ is employed as
(Name of Second Defendant)
___Warden___
(Position/Title)
with ___Lawrence Correctional Center (K-75)___
(Employer's Name and Address)
___Illinois Department Of Corrections___

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the
state, local or federal government?

Yes (X)          No ( )

If your answer is "yes", briefly explain:
___Illinois Department Of Corrections___
_____
_____

D.   Using the outline of the form provided, include the above information for any additional
defendant(s).

_____
_____
_____
_____
_____
_____
_____

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes (X)          No ( )

B.   If your answer to "A" is "yes", describe the lawsuit(s) in the space below.  (If there is more
than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper,
using the same outline.)  **Failure to comply with this provision may result in summary
denial of your complaint.** The following cases are pending
in the Southern District Federal Court against IDoc.
2012 CV 1261  Michael Widmer vs Ty Bates
2013 CV 23  Michael Widmer vs Bayler
2013 CV 24  Michael Widmer vs Sheborn
2013 CV 25  Michael Widmer vs Hodge + Lingle
2013 CV 26  Michael Widmer vs Cecil
2012 CV 2234  Michael Widmer vs Internal Affairs - Central District of Il.

Rev 2/00

1.   Parties to previous lawsuits:
     Plaintiff(s) _____ Myself only _____

     Defendant(s) Multiple, but noone in the instant complaint

2.   Court (if Federal Court, name the District; if State Court, name the County)
     Southern District OF Illinois

3.   Docket number   previously listed

4.   Name of Judge to whom case was assigned   Mr Murphy

5.   Type of case (for example:  ~~Was it a Habeas Corpus or~~ Civil Rights action?)
     Section 1983

6.   Disposition of case (for example:  Was the case dismissed?  Was it appealed?  Is it
     still pending?)   All are pending trial's.

7.   Approximate date of filing lawsuits December 2012

8.   Approximate date of disposition   pending trials

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution?   Yes

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?
     Yes (X)  No ( )

C.   If your answer is "yes",
     1.   What steps did you take? Filed several grievances in a
          timely manner.

     2.   What was the result? denied in partly granted in part but
          given no relief in many's or just not answered.
          granted as to kosher diet.

D.   If your answer is "no", explain why not.  N/A

E.   If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities?  Yes ( )    No ( )

F.   If your answer is "yes",
     1.   What steps did you take? _____
          _____
          _____

     2.   What was the result? _____
          _____
          _____

G.   If your answer is "no", explain why not. _____
     _____
     _____
     _____

H.   Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:
     I have attached what was returned to me.
     _____
     _____

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case.  State who, what, when, where and how you feel your constitutional rights were violated.  Do not cite cases or statutes.  If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.**  Additionally, attach any relevant, supporting documentation.

Begining in December of 2012, I began requesting to attend Hebrew Israelite services at K75. I wrote and submitted several request slips to defendants Vaughn and Hothe to attend Hebrew services. I also requested in person on several occasions between December 2012, and the date of filing this complaint to attend Hebrew services from defendant Vaughn. I was denied to exercise my religious freedom completely by defendants Hothe and Vaughn, while at K 75. I observed that other inmates similarly situated were offered an opportunity to attend chapel and exercise their freedom of religion. I was provided a kosher diet which is a tenant of my religious belief. I am also identified on the IDOC (OTS) offender tracking system as an African Hebrew Israelite. I assert the

Rev. 2/00

defendants were fully aware of my religion, the fact I expressed desire to participate in a religous service and knowingly denied me opportunity to participate in any service at any time, Defendant Vaughn told me that he was a Christian and that I could come to a Christian service. I expressed to defendant Vaughn that, I had no desire to change my religous belief. After not receiving an answer to several grievances I filed about being denied religous exercise, for more than 90 days, I filed the instant complaint. Illinois State law requires prison officials to finalize grievances filed by inmates at the institution level with 60 days. I assert I have complied with the PLRA exhaustion requirement. I further assert that defendants Hodge and Vaughn violated my clearly established federal constitutional rights pursuant to the U.S. Constitutions 1st Amendment of freedom of religion. Defendants Hodge and Vaughn are sued in their individual and official capacities. At all times of all allegations contained in this complaint the defendants were acting under the color of state law. I was in the custody and control of the defendants at all times and dates of alleged in this complaint.

## V.    REQUEST FOR RELIEF

State exactly what you want the Court to do for you.  If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example:  illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

I seek a declaratory order, monetary compensation in the sum of $5,000 from each defendant for punitive damages and injunctive relief ordering the defendants to enjoin conduct of denying me to attend Hebrew services, as well as any other relief the court deems just and proper.

## VI.    JURY DEMAND *(check one box below)*

The plaintiff does ☐     does not ☒     request a trial by jury.  (*See* Fed.R.Civ.P. 38.)

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure.   The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 29 day of April , 20 13 .

_____
Signature of Plaintiff

_____
Signature of attorney, if any

10