UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
APR 30 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

__Michael Widmer__
Plaintiff/Petitioner(s),

-vs-

__David Vaughn__
__Marcus Hodge__

Defendant/Respondent(s).

Case No. __13CV417JPG__
(To be supplied by the Clerk)

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, __Michael Widmer__, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:  (X) Civil Rights  ( ) Habeas Corpus  ( ) Appeal

1. Are you presently employed?   Yes ( )   No (X)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received. __Several years ago before coming to IDOC, unsure of amount__

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (X)
   b. Rent payments, interest or dividends?   Yes ( )   No (X)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (X)
   d. Gifts or inheritances?   Yes ( )   No (X)
   e. Any other sources?   Yes (X)   No ( )

Rev. 2/00

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months. 3 people have sent me surprise gifts of money to buy a TV, clothing, and some commissary items in IDOC, Ellen Barkley, Von Borchers $50.00 and Jackie Weber unknown amount for sure.

3. Do you own cash, or do you have money in a checking or savings account?  Yes ( )  No (X)
(include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X) If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. 3 sons — And I'm unable to provide support for them.

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes (X)   No ( )

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis*.

1. Case name: Widmer v Martin       Case Number: 12-1261 MJR
   Court: Southern District Fed. Ct.      Date filed: December 2012
   Claims raised: Denial of Medical Treatment

   Result: Set for Trial

Rev. 2/00

14 2

2. Case name: Widmer vs Bowler   Case Number: 13-CV-23
   Court: S Dist Fed Ct.   Date filed: Jan 7, 2013
   Claims raised: Obstruction of Mail - Denial of Court Access

   Result: Set for trial

3. Case name: Widmer vs Lingle + Hodge   Case Number: 13-CV-24
   Court: S. Dist Fed Ct.   Date filed: Jan 7, 2013
   Claims raised: Inadequate Nutrition

   Result: Set for Trial

Also: 4. Widmer vs Shehorn  13 CV 25  Retaliation - set for trial
5. Widmer vs Cecil  13 CV 26  mail obstruction - set for trial
6. Widmer vs Internal Affairs - 12-C-2243  Cent. Dist of Il. Set for trial

### DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

4-29-13                              Michael L Widmer
Date                                  Signature of Plaintiff/Petitioner

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 4/15/2013 | | Lawrence Correctional Center | | | | Page 1 |
| Time: | 8:22am | | Trust Fund | | | | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | | |

REPORT CRITERIA - Date: 10/15/2012 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**                    **Housing Unit: LAW-R8-BL-21**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 200.63 |
| 10/18/12 | Disbursements | 88 Child Support | 292334 | Chk #37020 | 070302, Ellen Barkle, 10/17/2012 | Inv. Date: | -50.00 | 150.63 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070212, DOC: 523 Fun, 09/28/2012 | Inv. Date: | -1.10 | 149.53 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070225, DOC: 523 Fun, 10/03/2012 | Inv. Date: | -1.80 | 147.73 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070226, DOC: 523 Fun, 10/03/2012 | Inv. Date: | -2.60 | 145.13 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070226, DOC: 523 Fun, 10/03/2012 | Inv. Date: | -7.70 | 137.43 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070243, DOC: 523 Fun, 10/04/2012 | Inv. Date: | -19.35 | 118.08 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070251, DOC: 523 Fun, 10/05/2012 | Inv. Date: | -4.15 | 113.93 |
| 10/19/12 | Disbursements | 84 Library | 293334 | Chk #37098 | 070257, DOC: 523 Fun, 10/16/2012 | Inv. Date: | -4.50 | 109.43 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070204, DOC: 523 Fun, 09/26/2012 | Inv. Date: | -.45 | 108.98 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070204, DOC: 523 Fun, 09/26/2012 | Inv. Date: | -1.35 | 107.63 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 003472, DOC: 523 Fun, 09/28/2012 | Inv. Date: | -.85 | 106.78 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070218, DOC: 523 Fun, 10/02/2012 | Inv. Date: | -.45 | 106.33 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070221, DOC: 523 Fun, 10/02/2012 | Inv. Date: | -4.65 | 101.68 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070221, DOC: 523 Fun, 10/02/2012 | Inv. Date: | -4.65 | 97.03 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070221, DOC: 523 Fun, 10/02/2012 | Inv. Date: | -10.90 | 86.13 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 003577, DOC: 523 Fun, 10/03/2012 | Inv. Date: | -.65 | 85.48 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 003577, DOC: 523 Fun, 10/03/2012 | Inv. Date: | -.65 | 84.83 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070247, DOC: 523 Fun, 10/05/2012 | Inv. Date: | -.45 | 84.38 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070247, DOC: 523 Fun, 10/05/2012 | Inv. Date: | -1.10 | 83.28 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070248, DOC: 523 Fun, 10/05/2012 | Inv. Date: | -1.30 | 81.98 |
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 003582, DOC: 523 Fun, 10/12/2012 | Inv. Date: | -.45 | 81.53 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070253, DOC: 523 Fun, 10/15/2012 | Inv. Date: | -.90 | 80.63 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070254, DOC: 523 Fun, 10/15/2012 | Inv. Date: | -6.91 | 73.72 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070256, DOC: 523 Fun, 10/16/2012 | Inv. Date: | -.45 | 73.27 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070256, DOC: 523 Fun, 10/16/2012 | Inv. Date: | -.65 | 72.62 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070256, DOC: 523 Fun, 10/16/2012 | Inv. Date: | -.45 | 72.17 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070328, DOC: 523 Fun, 10/17/2012 | Inv. Date: | -.65 | 71.52 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070328, DOC: 523 Fun, 10/17/2012 | Inv. Date: | -1.90 | 69.62 |

Lawrence Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/15/2012 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**            **Housing Unit: LAW-R8-BL-21**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/19/12 | Disbursements | 80 Postage | 293334 | Chk #37099 | 070302, DOC: 523 Fun, 10/18/2012 | Inv. Date: | -.45 | 69.17 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 003598, DOC: 523 Fun, 10/19/2012 | Inv. Date: | -.45 | 68.72 |
| 10/19/12 | Disbursements | 81 Legal Postage | 293334 | Chk #37099 | 070397, DOC: 523 Fun, 10/19/2012 | Inv. Date: | -.45 | 68.27 |
| 11/09/12 | Point of Sale | 60 Commissary | 314731 | 394661 | Commissary | | -13.45 | 54.82 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070302, DOC: 523 Fun, 10/22/2012 | Inv. Date: | -5.25 | 49.57 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070420, DOC: 523 Fun, 11/01/2012 | Inv. Date: | -5.75 | 43.82 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070420, DOC: 523 Fun, 11/01/2012 | Inv. Date: | -4.80 | 39.02 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070421, DOC: 523 Fun, 11/01/2012 | Inv. Date: | -3.60 | 35.42 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070421, DOC: 523 Fun, 11/01/2012 | Inv. Date: | -6.55 | 28.87 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070431, DOC: 523 Fun, 11/02/2012 | Inv. Date: | -5.15 | 23.72 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070431, DOC: 523 Fun, 11/02/2012 | Inv. Date: | -7.95 | 15.77 |
| 11/20/12 | Disbursements | 84 Library | 325334 | Chk #37368 | 070433, DOC: 523 Fun, 11/02/2012 | Inv. Date: | -2.45 | 13.32 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 000004, DOC: 523 Fun, 10/23/2012 | Inv. Date: | -3.30 | 10.02 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070307, DOC: 523 Fun, 10/25/2012 | Inv. Date: | -.65 | 9.37 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070404, DOC: 523 Fun, 10/29/2012 | Inv. Date: | -.45 | 8.92 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070404, DOC: 523 Fun, 10/29/2012 | Inv. Date: | -.65 | 8.27 |
| 11/20/12 | Disbursements | 80 Postage | 325334 | Chk #37369 | 070410, DOC: 523 Fun, 11/01/2012 | Inv. Date: | -.45 | 7.82 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070417, DOC: 523 Fun, 11/01/2012 | Inv. Date: | -2.70 | 5.12 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070417, DOC: 523 Fun, 11/01/2012 | Inv. Date: | -1.10 | 4.02 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070417, DOC: 523 Fun, 11/01/2012 | Inv. Date: | -.45 | 3.57 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070435, DOC: 523 Fun, 11/05/2012 | Inv. Date: | -1.75 | 1.82 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 070435, DOC: 523 Fun, 11/05/2012 | Inv. Date: | -.65 | 1.17 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 003689, DOC: 523 Fun, 11/09/2012 | Inv. Date: | -.45 | .72 |
| 11/20/12 | Disbursements | 81 Legal Postage | 325334 | Chk #37369 | 003689, DOC: 523 Fun, 11/09/2012 | Inv. Date: | -.65 | .07 |
| 12/05/12 | Mail Room | 15 JPAY | 340200 | 22470555 | Weber, Jacqueline | | 65.00 | 65.07 |
| 12/07/12 | Mail Room | 04 Intake and Transfers In | 342269 | 166025 | Stateville C.C. | | 50.31 | 115.38 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003694, DOC: 523 Fun, 11/13/2012 | Inv. Date: | -.85 | 114.53 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003694, DOC: 523 Fun, 11/13/2012 | Inv. Date: | -.45 | 114.08 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003694, DOC: 523 Fun, 11/13/2012 | Inv. Date: | -.65 | 113.43 |

REPORT CRITERIA  -  Date: 10/15/2012 thru End;     Inmate: B30985;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**                                **Housing Unit: LAW-R8-BL-21**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003695, DOC: 523 Fun, 11/13/2012 | Inv. Date: | -5.40 | 108.03 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070453, DOC: 523 Fun, 11/15/2012 | Inv. Date: | -.45 | 107.58 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070463, DOC: 523 Fun, 11/16/2012 | Inv. Date: | -.45 | 107.13 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003766, DOC: 523 Fun, 11/21/2012 | Inv. Date: | -.45 | 106.68 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003766, DOC: 523 Fun, 11/21/2012 | Inv. Date: | -1.80 | 104.88 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003767, DOC: 523 Fun, 11/21/2012 | Inv. Date: | -.45 | 104.43 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003767, DOC: 523 Fun, 11/21/2012 | Inv. Date: | -.45 | 103.98 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003822, DOC: 523 Fun, 11/26/2012 | Inv. Date: | -.90 | 103.08 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003823, DOC: 523 Fun, 11/27/2012 | Inv. Date: | -.45 | 102.63 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003823, DOC: 523 Fun, 11/27/2012 | Inv. Date: | -1.50 | 101.13 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003828, DOC: 523 Fun, 11/27/2012 | Inv. Date: | -.90 | 100.23 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 000967, DOC: 523 Fun, 11/28/2012 | Inv. Date: | -.45 | 99.78 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003947, DOC: 523 Fun, 11/30/2012 | Inv. Date: | -.45 | 99.33 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003947, DOC: 523 Fun, 11/30/2012 | Inv. Date: | -1.30 | 98.03 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070501, DOC: 523 Fun, 12/04/2012 | Inv. Date: | -.45 | 97.58 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003959, DOC: 523 Fun, 12/04/2012 | Inv. Date: | -.45 | 97.13 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070518, DOC: 523 Fun, 12/05/2012 | Inv. Date: | -.45 | 96.68 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003966, DOC: 523 Fun, 12/06/2012 | Inv. Date: | -.45 | 96.23 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070578, DOC: 523 Fun, 12/10/2012 | Inv. Date: | -5.04 | 91.19 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070578, DOC: 523 Fun, 12/10/2012 | Inv. Date: | -2.40 | 88.79 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070584, DOC: 523 Fun, 12/12/2012 | Inv. Date: | -1.35 | 87.44 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 070602, DOC: 523 Fun, 12/12/2012 | Inv. Date: | -1.35 | 86.09 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003010, DOC: 523 Fun, 12/13/2012 | Inv. Date: | -1.70 | 84.39 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003974, DOC: 523 Fun, 12/18/2012 | Inv. Date: | -.45 | 83.94 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003974, DOC: 523 Fun, 12/18/2012 | Inv. Date: | -1.50 | 82.44 |
| 12/20/12 | Disbursements | 81 Legal Postage | 355334 | Chk #37673 | 003978, DOC: 523 Fun, 12/18/2012 | Inv. Date: | -.45 | 81.99 |
| 12/20/12 | Disbursements | 84 Library | 355334 | Chk #37674 | 000965, DOC: 523 Fun, 11/28/2012 | Inv. Date: | -2.60 | 79.39 |
| 12/20/12 | Disbursements | 84 Library | 355334 | Chk #37674 | 070506, DOC: 523 Fun, 12/04/2012 | Inv. Date: | -4.20 | 75.19 |

| Date: | 4/15/2013 | Lawrence Correctional Center | | | | | Page 4 |
|---|---|---|---|---|---|---|---|
| Time: | 8:22am | | Trust Fund | | | | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | | |

REPORT CRITERIA - Date: 10/15/2012 thru End;    Inmate: B30985;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**              **Housing Unit: LAW-R8-BL-21**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/20/12 | Disbursements | 84 Library | 355334 | Chk #37674 | 070580, DOC: 523 Fun, 12/12/2012 | Inv. Date: | -12.70 | 62.49 |
| 01/02/13 | Point of Sale | 60 Commissary | 002731 | 398925 | Commissary | | -43.77 | 18.72 |
| 01/11/13 | Payroll | 20 Payroll Adjustment | 011134 | | P/R month of 122012 | | 2.72 | 21.44 |
| 01/23/13 | Disbursements | 90 Medical Co-Pay | 023334 | Chk #37962 | 003047, DOC: 523 Fun, 12/27/2012 | Inv. Date: | -5.00 | 16.44 |
| 01/23/13 | Disbursements | 80 Postage | 023334 | Chk #37962 | 003049, DOC: 523 Fun, 12/27/2012 | Inv. Date: | -2.50 | 13.94 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 000129, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -1.10 | 12.84 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 000129, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -1.35 | 11.49 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 000131, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -.45 | 11.04 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 000133, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -3.50 | 7.54 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 004042, DOC: 523 Fun, 01/09/2013 | Inv. Date: | -.45 | 7.09 |
| 01/23/13 | Disbursements | 81 Legal Postage | 023334 | Chk #37962 | 004043, DOC: 523 Fun, 01/10/2013 | Inv. Date: | -.45 | 6.64 |
| 01/23/13 | Disbursements | 84 Library | 023334 | Chk #37963 | 000138, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -4.00 | 2.64 |
| 01/23/13 | Disbursements | 84 Library | 023334 | Chk #37963 | 000181, DOC: 523 Fun, 01/15/2013 | Inv. Date: | -2.50 | .14 |
| 02/06/13 | Mail Room | 01 MO/Checks (Not Held) | 037221 | 17972 | Vorchers, Vaugh | | 50.00 | 50.14 |
| 02/13/13 | Payroll | 20 Payroll Adjustment | 044134 | | P/R month of 1 2013 | | 5.00 | 55.14 |
| 02/20/13 | Mail Room | 10 Western Union | 051200 | 7218448193 | Barkley, Ellen | | 200.00 | 255.14 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004103, DOC: 523 Fun, 01/16/2013 | Inv. Date: | -1.10 | 254.04 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004104, DOC: 523 Fun, 01/16/2013 | Inv. Date: | -.45 | 253.59 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004134, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -3.40 | 250.19 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004135, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -.45 | 249.74 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004141, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -.45 | 249.29 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000205, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -10.20 | 239.09 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004142, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -.45 | 238.64 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004137, DOC: 523 Fun, 01/25/2013 | Inv. Date: | -.45 | 238.19 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, 01/28/2013 | Inv. Date: | -1.72 | 236.47 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, 01/28/2013 | Inv. Date: | -1.72 | 234.75 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, 01/28/2013 | Inv. Date: | -.66 | 234.09 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000375, DOC: 523 Fun, 01/28/2013 | Inv. Date: | -.66 | 233.43 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 004209, DOC: 523 Fun, 02/01/2013 | Inv. Date: | -1.52 | 231.91 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, 02/05/2013 | Inv. Date: | -.66 | 231.25 |

Lawrence Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/15/2012 thru End; Inmate: B30985; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

Inmate: B30985 Widmer, Michael L.                     Housing Unit: LAW-R8-BL-21

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000416, DOC: 523 Fun, 02/05/2013 | Inv. Date: | -.92 | 230.33 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000429, DOC: 523 Fun, 02/07/2013 | Inv. Date: | -2.30 | 228.03 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000439, DOC: 523 Fun, 02/08/2013 | Inv. Date: | -5.49 | 222.54 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000564, DOC: 523 Fun, 02/13/2013 | Inv. Date: | -.46 | 222.08 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, 02/15/2013 | Inv. Date: | -1.84 | 220.24 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000573, DOC: 523 Fun, 02/15/2013 | Inv. Date: | -.46 | 219.78 |
| 02/21/13 | Disbursements | 81 Legal Postage | 052334 | Chk #38252 | 000600, DOC: 523 Fun, 02/21/2013 | Inv. Date: | -17.98 | 201.80 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -7.65 | 194.15 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000138, DOC: 523 Fun, 01/08/2013 | Inv. Date: | -6.45 | 187.70 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000151, DOC: 523 Fun, 01/10/2013 | Inv. Date: | -7.85 | 179.85 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000209, DOC: 523 Fun, 01/23/2013 | Inv. Date: | -34.80 | 145.05 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000213, DOC: 523 Fun, 01/24/2013 | Inv. Date: | -1.20 | 143.85 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000395, DOC: 523 Fun, 02/01/2013 | Inv. Date: | -3.75 | 140.10 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000422, DOC: 523 Fun, 02/06/2013 | Inv. Date: | -1.35 | 138.75 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000441, DOC: 523 Fun, 02/08/2013 | Inv. Date: | -51.30 | 87.45 |
| 02/21/13 | Disbursements | 84 Library | 052334 | Chk #38253 | 000586, DOC: 523 Fun, 02/15/2013 | Inv. Date: | -4.90 | 82.55 |
| 02/27/13 | Mail Room | 10 Western Union | 058200 | 0624297581 | Barkley, Ellen | | 75.00 | 157.55 |
| 02/28/13 | Point of Sale | 60 Commissary | 059792 | 405694 | Commissary | | -5.03 | 152.52 |
| 03/12/13 | Payroll | 20 Payroll Adjustment | 071134 | | P/R month of 2 2013 | | 4.08 | 156.60 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000606, DOC: 523 Fun, 02/21/2013 | Inv. Date: | -50.10 | 106.50 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000626, DOC: 523 Fun, 02/22/2013 | Inv. Date: | -31.25 | 75.25 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000633, DOC: 523 Fun, 02/27/2013 | Inv. Date: | -.50 | 74.75 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000677, DOC: 523 Fun, 03/05/2013 | Inv. Date: | -1.35 | 73.40 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000729, DOC: 523 Fun, 03/11/2013 | Inv. Date: | -1.60 | 71.80 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000730, DOC: 523 Fun, 03/11/2013 | Inv. Date: | -3.00 | 68.80 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000731, DOC: 523 Fun, 03/11/2013 | Inv. Date: | -1.65 | 67.15 |
| 03/19/13 | Disbursements | 84 Library | 078334 | Chk #38448 | 000779, DOC: 523 Fun, 03/13/2013 | Inv. Date: | -1.75 | 65.40 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 000623, DOC: 523 Fun, 02/22/2013 | Inv. Date: | -8.48 | 56.92 |
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 000623, DOC: 523 Fun, 02/22/2013 | Inv. Date: | -53.60 | 3.32 |

REPORT CRITERIA - Date: 10/15/2012 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**            **Housing Unit: LAW-R8-BL-21**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/19/13 | Disbursements | 81 Legal Postage | 078334 | Chk #38449 | 004286, DOC: 523 Fun, Inv. Date: 02/25/2013 | -2.72 | .60 |
| 04/11/13 | Payroll | 20 Payroll Adjustment | 101134 | | P/R month of 3 2013 | 5.00 | 5.60 |

|   |   |
|---|---|
| Total Inmate Funds: | 5.60 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 150.88 |
| Funds Available: | -145.28 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 03/01/2013 | 000648 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $30.32 |
| 03/01/2013 | 000650 | Disb | Library - Legal Copies | 2 DOC: 523 Fund Library | $38.55 |
| 03/08/2013 | 000714 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $10.48 |
| 03/11/2013 | 000729 | Disb | Library - Legal Copies | 2 DOC: 523 Fund Library | $15.40 |
| 03/13/2013 | 000780 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.32 |
| 03/21/2013 | 000843 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $8.52 |
| 03/25/2013 | 000854 | Disb | Library - Legal Copies | 2 DOC: 523 Fund Library | $18.70 |
| 03/25/2013 | 000857 | Disb | Library - Legtal Copies | 2 DOC: 523 Fund Library | $17.00 |
| 03/29/2013 | 004394 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.58 |
| 04/02/2013 | 004402 | Disb | Library | 2 DOC: 523 Fund Library | $1.50 |
| 04/02/2013 | 004404 | Disb | Library | 2 DOC: 523 Fund Library | $3.05 |
| 04/11/2013 | 001189 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
|  |  |  |  | **Total Restrictions:** | **$150.88** |

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: April 15, 2013

_Michael Widmer_
Signature of Applicant

_Michael Widmer_
(Print Name)

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, ___Michael Widmer___, I.D.# __B-30985__, has the sum of ($ __145.28__) on account to his/her credit at (name of institution) __Lawrence Correctional Center__. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ __81.36__. (Add all deposits from all sources and then divide by number of months).

4-15-13

_John Lohr_
Signature of Authorized Officer

_John Lohr_
(Print Name)

Date



