IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS

Widmer
    plaintiff,
VS

Vaughn etal;
    defendants,

Case No. 13 C 417 JPG-PMF

## MOTION TO WITHDRAW CONSENT
## AND STATEMENT TO THE COURT

I Michael Widmer, plaintiff pro se, in the above captioned case, received an order dated 11/6/13 from magistrate judge, honorable Phillip M Frazier, warning me that I must pay a partial filing fee of $13.39 by 11/22/13 or my case would be dismissed. I feel this is unfair because I am indigent and was allowed to proceed as indigent. I have O income. I move to withdraw my consent to a magistrate judge and hereby give notice of my intent to appeal the dismissal of my case to the 7th circuit court of appeals. I also note the court refused to grant my motion for recruitment of counsel although I made efforts to secure counsel, have a brain injury from a 2010 accident and have 5 attorneys appointed in the Southern District in other cases this year as well as the central district.

Respectfully,
Michael Widmer
    plaintiff pro se
Menard, PO 1000,
    Chester Il 62259