UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS

Widmer
vs
Vaughn et al;

Case No. 13-CV-417

SCANNED AT MENARD and E-mailed
12-2-13 by BB   1 pages
date   initials   No.

## STATEMENT TO THE COURT

I Michael Widmer, plaintiff pro se am indigent with no income. My friend Jennifer Upton advised me, she is going to pay the court ordered partial filing fee of $13.39 by December 10th, 2013. I also believe the court has given the defendants a very long time to simply decide if they are going to argue exhaustion of administrative remedies.

Respectfully,

Michael Widner
plaintiff pro se
B30985
PO Box 1000, Menard Il
62259